# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 26-CR-10180-01-JMK

**JEFFREY EUGENE PEAK,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

**COUNT 1**

**POSSESSION OF A FIREARM**
**BY A CONVICTED FELON**
**[18 U.S.C. § 922(g)(1)]**

On or about August 7, 2026, in the District of Kansas, the defendant,

**JEFFREY EUGENE PEAK,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess, in and affecting commerce, a firearm, namely a Colt, model New Frontier Scout, .22 caliber revolver, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2

**POSSESSION OF AMMUNITION**
**BY A CONVICTED FELON**
**[18 U.S.C. § 922(g)(1)]**

On or about August 7, 2026, in the District of Kansas, the defendant,

**JEFFREY EUGENE PEAK,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess, in and affecting commerce, ammunition, including thirty-four (34) rounds of .22 caliber ammunition with the headstamp "Super X", and five (5) rounds of .22 caliber ammunition with the headstamp "Rem", said ammunition having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE NOTICE

1. The allegations contained in Counts 1 through 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses set forth in Counts 1 through 2 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any

firearms or ammunition involved in the commission of the offenses, including, but not limited to:

A. A Colt, model New Frontier Scout, .22 caliber revolver, serial number obliterated; and

B. Accompanying ammunition, including but not limited to:
   I. Six (6) rounds of .22 caliber ammunition with assorted headstamps (recovered originally loaded in the firearm above on August 7, 2026);
   II. Thirty-nine (39) rounds of .22 caliber ammunition with assorted headstamps (recovered in a box from the person of the Defendant on August 7, 2026);
      a. thirty-four (34) rounds of .22 caliber ammunition with the headstamp “Super X”, and
      b. five (5) rounds of .22 caliber ammunition with the headstamp “Rem”; and
   III. Eighteen (18) rounds of .22 caliber ammunition with the headstamp “F” (recovered in a backpack/bag near the person of the Defendant on August 7, 2026);

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

November 03, 2026
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *Oladotun O. Odeyemi*
OLADOTUN O. ODEYEMI
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: ola.odeyemi@usdoj.gov
Ks. S. Ct. No. 29178

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

**Counts 1-2: 922(g)(1) –**
**[Possession of a Firearm/Ammunition by a Convicted Felon]**

- Punishable by a term of imprisonment of not more than fifteen (15) years. 18 U.S.C. § 924(a)(8).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.